# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In the matter of the search of:**<br>Information associated with username "icanprint" that is stored at the premises owned, maintained, controlled, and operated by Discord, 444 De Haro Street, Suite 200, San Francisco, California. | **FILED UNDER SEAL**<br><br>Case No. 24-MJ-113-JAR |

## SEARCH AND SEIZURE WARRANT

**TO:** ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement office or an attorney for the government request the search of the following person or property located in the **NORTHERN** District of **CALIFORNIA**:

**SEE ATTACHMENT "A"**

The person or property to be searched, described above, is believed to conceal:

**SEE ATTACHMENT "B"**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before __April 22, 2024__
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.
☒ at anytime in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer after executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check)*:
    ☐ for _____ days (*not to exceed 30*).
    ☐ until, the facts justifying, the later specific date of

Date and time: __April 8, 2024__

City and state: __Muskogee, Oklahoma__

_____
*Judge's signature*

JASON A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

| RETURN |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| 24-MJ-113-JAR | 4-8-24 | D. Scott |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:
Items requested in Search warrant -

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-8-24

_____
Executing officer's signature

Nicholas Miller, Special Agent
*Printed name and title*

**ATTACHMENT A**
**DESCRIPTION OF ITEMS TO BE SEARCHED**

This warrant applies to information associated with the following Discord **TARGET ACCOUNT**:

- Target Account: Username "**icanprint**," with email address "mrquiglz@gmail.com"

And collectively referred to as the **TARGET ACCOUNT** which are stored at a premises owned, maintained, controlled, or operated by Discord, Inc., headquartered at 444 De Haro St., Suite 200, San Francisco, CA 94107. Discord receives legal process by email to lawenforcement@discord.com.

# ATTACHMENT B-1
# DESCRIPTION OF ITEMS TO BE SEIZED

I. **Information to Be Disclosed by Discord, Inc. (the "Provider")**

1. The following information or data associated with the Discord account **TARGET ACCOUNT** described in Attachment A, which are within Discord, Inc.'s possession, custody, or control, including all records, files, logs, or information that have been deleted but are still available to Discord, Inc., or that have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), for the time period of July 18, 2023, to the date of the execution of the search warrant:

    a) The contents of all storage accounts belonging to or accessed by **TARGET ACCOUNT**, including images, videos, and other files, associated upload/download dates and timestamps, and IP addresses from which the files were uploaded or to which they were downloaded.

    b) All Internet search data, including queries and location data;

    c) Subscriber information associated with **TARGET ACCOUNT**, contents of posts, comments, and photos, including date and timestamp;

    d) All files created by, uploaded to, or accessed by **TARGET ACCOUNT**;

    e) Payment information, including billing address, shipping address, and payment instruments, associated with any Discord service used by **TARGET ACCOUNT**;

    f) Conversation logs, images, or videos, and associated upload or download dates and timestamps for **TARGET ACCOUNT**;

g) Records pertaining to communications between Provider and any person regarding **TARGET ACCOUNT**, including contacts with support services and records of actions taken;

h) Records or other information pertaining to **TARGET ACCOUNT 1**, including all files, databases, and database records stored by Discord in relation to **TARGET ACCOUNT** or identifiers;

i) Information that might identify the subscribers related to **TARGET ACCOUNT**, including names, addresses, telephone numbers, and other identifiers; email addresses; business information; the length of service (including start date); means and source of payment for services (including any credit card or bank account number); the IP address used to register the account; log-in IP addresses associated with session times and dates; and information about any domain name registration;

j) The types of service utilized;

k) The contents of all messages, emails, and chat messages associated with **TARGET ACCOUNT**, including stored or preserved copies, the source and destination addresses associated with any messages, the date and time at which each email or message was sent or received, the size and length of each message, and attachments to any e-mail or message sent or received;

l) Provide the device information for **TARGET ACCOUNT**, if any, to include IMEI/MEID, make and model, serial number, date and IP of last access to Discord, and a list of all accounts that have ever been active on the device; and

m) Any CyberTipline Reports or any correspondence with National Center for Missing and Exploited Children (NCMEC) related to **TARGET ACCOUNT** including communications, chats, texts, emails, or media files.

**II.     Information to Be Seized by the Government**

2.     All information described above in Section I that constitutes contraband or evidence, fruits, or instrumentalities of violations of Title 18 United States Code Section 2251 (Sexual Exploitation of Children) and Section 2252 (Certain Activities related to material involving sexual exploitation of a minor and material constituting child pornography), and collectively referred to as the "**Target Offenses**," from October 6, 2022, through October 24, 2022, including the following:

a.     Messages, communications, records, and files associated with or attached to email or chat messages, and transactional data that constitute evidence of, or that may have been used to facilitate, or that were capable of being used to commit or further the **Target Offenses**;

b.     Images, videos, and other files depicting children engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

c.     Communications that pertain to or that are evidence of the production, advertisement, distribution, receipt, or possession of child pornography, or accessing with the intent to view child pornography;

d.     Information relating to who created, used, or communicated with the account, including records about their identities and whereabouts;

e.     Information indicating the account owner's or user's state of mind as it relates to the crimes under investigation; and

f. Subscriber information related to the accounts established to host the site enumerated in Attachment A, to include:

(1) Names, physical addresses, telephone numbers and other identifiers, email addresses, and business information.

(2) Length of service (including start date), types of service utilized, means and source of payment for services (including any credit card or back account number), and billing and payment information.